```
────── FILED ────── LODGED
       ────── RECEIVED
Oct 22 2025
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ────────────────── DEPUTY
```

Chief Magistrate Judge Theresa L. Fricke

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>RAGHAVENDRAN SHANKAR,<br><br>Defendant. | CASE NO. 2:25-mj-00665<br><br>COMPLAINT for VIOLATION<br><br>18 U.S.C. Sections 115(a)(1)(A), (B), 115(c)(3), and 1114 |

BEFORE, the Honorable Theresa L. Fricke, United States Magistrate Judge, United States Courthouse, Tacoma, Washington.

The undersigned complainant being duly sworn states:

### COUNT 1

(*Threat to Assault or Murder a United States Judge*)

On or about October 15, 2025, in King County, within the Western District of Washington, RAGHAVENDRAN SHANKAR, did threaten to assault or murder a United States Judge, official whose killing would be a crime under Title 18, United States Code, Section 1114, i.e., Victim 1, a judicial officer of the United States, with intent to impede,

Complaint - 1
*United States v. Raghavendran Shankar*
USAO No. 2025R01170

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

intimidate or interfere with Victim 1 while engaged in the performance of official duties, and with intent to retaliate against Victim 1 on account of the performance of his official duties.

All in violation of Title 18, United States Code, Sections 115(a)(1)(A), (B), 115(c)(3), and 1114.

And the complainant states that this Complaint is based on the following information:

I, Allana Kleinosky, being first duly sworn on oath, depose and say:

## INTRODUCTION

1. I, Allana Kleinosky, am a Special Agent with the Federal Bureau of Investigation (FBI) and have been employed with the FBI since May 2019. I am currently assigned to the violent crime, gang, and transnational organized crime squad in the Seattle, Washington Division. As an FBI Special Agent, I have been trained to investigate a variety of crimes, including violent crimes against persons and crimes against the government. In this role, I have investigated numerous crimes, including violent crimes in violation of Title 18.

2. In my work as a Special Agent, I have drafted search warrants, tracking warrants, and other legal process in furtherance of investigations. I have executed search warrants for items such as evidence in residences and vehicles. I have used technology to include Global Positioning Systems (GPS) and cameras to monitor and locate subjects of criminal investigations. I have also conducted physical surveillance of persons, places, and things in furtherance of criminal investigations.

3. Prior to my role as a Special Agent for the FBI, I was an Air Marshal with the Federal Air Marshal Service for three years and a Customs and Border Protection Officer with Customs and Border Protection for over three years. During my time as a Customs and Border Protection Officer and Federal Air Marshal, I participated in numerous arrests, seizures, and other law enforcement actions.

Complaint - 2
*United States v. Raghavendran Shankar*
USAO No. 2025R01170

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4. This Affidavit is submitted in support of a Criminal Complaint charging RAGHAVENDRAN SHANKAR with a violation of 18 USC § 18 U.S.C. Sections 115(a)(1)(A), (B), 115(c)(3), and 1114 in connection with threats he made against a federal judge on October 15, 2025.

5. Unless otherwise stated, the information in this Affidavit is either personally known to me, has been provided to me by other individuals, or is based on a review of various documents, records, or reports. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, it does not contain every fact known to law enforcement concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause.

**SUMMARY OF PROBABLE CAUSE**

6. According to records reviewed as a part of this investigation, RAGHAVENDRAN SHANKAR ("SHANKAR") resides in King County, Washington, with the Western District of Washington.

7. According to records filed with the Clerk of the Court for the Western District of Washington, SHANKAR filed a civil action in the Western District of Washington in 2024 naming his former employer as a defendant. That case was assigned to Victim 1. Victim 1 is a United States District Court Judge for the Western District of Washington and a judicial officer of the United States. His chambers are located at the United States Courthouse at 700 Stewart Street, Seattle, Washington.

8. On November 4, 2024, Victim 1 issued an order finding SHANKAR to be a vexatious litigant as a part of SHANKAR's civil action. Victim 1's order instructed the Clerk of the Court for the Western District of Washington to refrain from automatically accepting further filings from SHANKAR where SHANKAR named certain, limited entities and persons, including his former employer, as defendants. The order also directed the Clerk of the Court to file SHANKAR's complaints in miscellaneous case

Complaint - 3
*United States v. Raghavendran Shankar*
USAO No. 2025R01170

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

numbers for Victim 1 to review prior to the issuance of summons or service of process. The order further revoked SHANKAR's e-filing privileges in the instant case.

9. The following day, on November 5, 2024, SHANKAR filed a civil action in the Western District of Washington naming Victim 1 as a defendant.

10. On April 21, 2025, Victim 1 issued a minute order supplementing his prior order finding SHANKAR to be a vexatious litigant. In that order, Victim 1 revoked SHANKAR's access to the Court's email inbox.

11. On June 16, 2025, SHANKAR filed a civil action with the Clerk of the Court for the District of Colorado. In that pleading, SHANKAR identified his address as being within King County, Washington. He further identified his email address in that pleading as havenofrag@gmail.com.

12. On July 28, 2025, a male called a telephone number for the chambers of Victim 1 and left a voicemail. The male identified himself as "Raghav Shankar" and provided the case number for the case SHANKAR filed in the Western District of Washington in 2024. In the voicemail, the male noted, "the judge" had made harassing remarks against him and complained about his actions, including the Court's finding that he was a vexatious litigant. The male further said in the voicemail that he would like to see him murdered or killed and that the judge should not be alive.

13. On October 15, 2025, at approximately 12:38 p.m., a male called a telephone number associated with the Court Clerk's Case Administrator for the Western District of Washington and left a voicemail message. The male referenced the case number for the case SHANKAR filed in the Western District of Washington in 2024, which was assigned to Victim 1. In the voicemail, the male complained about his inability to follow the procedures set out by Victim 1's vexatious litigant order. The male further said, "the asshole better fucking explain themself, because I literally will tell you if he oppresses me I can chop his dick off."

14. At approximately 1:04 p.m. on October 15, 2025, the Court Clerk's Case

Complaint - 4
*United States v. Raghavendran Shankar*
USAO No. 2025R01170

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Administrator received another voicemail. In that voicemail, a male, who appears to be the male who called at 12:38 p.m. and who identified himself as SHANKAR in the July 28, 2025 voicemail, stated, in part, "my religion, do you know what we do to oppressors? We fucking end them, chop their heads off and cut off their dicks. Talking about Judge [Victim 1] here. Do you know who he is? He's a fucking dick. He's a fucking dick." The male concluded the voicemail by stating, "I will fucking end you."

15. At approximately 1:55 p.m. on October 15, 2025, the Court Clerk's Case Administrator received yet another voicemail from an individual who appears to be the same male who left the above identified voicemails. In this voicemail, the male referenced calling about "[Victim 1]" and then cited a case number of a case filed by SHANKAR in the Western District of Washington. The male further stated, "tell the guy I am authorized by Congress to chop his dick off and fucking kill him. He better get this fucking message. I am not going to repeat myself anymore. I will show up and fucking kill him myself."

16. On October 22, 2025, a series of emails was sent from the email address havenofrag@gmail.com to multiple recipient email address for the Clerk of the Court for the Western District of Washington; an email inbox for Victim 1's chambers; Victim 1's in court deputy; and other individuals associated with the administration of United States District Court for the Western District of Washington. In one email, at approximately 12:15 p.m. the sender wrote, "Your orders are alleging my email are not for a serious purpose. I can fucking kill you for oppression through the authority given by Congress." Approximately four minutes later, an individual using the email address havenofrag@gmail.com sent another email, which included a screenshot from a theatrical movie depicting a person having been shot by another individual. The image sent by the email address havenofrag@gmail.com is pasted here.

Complaint - 5
*United States v. Raghavendran Shankar*
USAO No. 2025R01170

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



17. Approximately one minute after the email including the above pasted image was sent, the email address havenofrag@gmail.com sent another email to the same recipients. In the body of the email was written, "I dont give a shit about the white assholes ruling. I care about what the facts are".

18. The email address havenofrag@gmail.com includes a name associated with the email address. The name associated with the email address, as displayed to recipients of emails from the Gmail account, is listed as "Raghav Shankar."

//

//

Complaint - 6
*United States v. Raghavendran Shankar*
USAO No. 2025R01170

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CONCLUSION

19. Based on the foregoing, I respectfully submit that there is probable cause to believe that RAGHAVENDRAN SHANKAR committed the offense alleged in this Complaint.

*[signature]*

ALLANA KLEINOSKY
Special Agent
Federal Bureau of Investigation

The above-named Special Agent provided a sworn statement attesting to the truth of the contents of the foregoing affidavit by telephone on this 22nd day of October 2025. Based on the Complaint and the sworn statement, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this 22nd day of October, 2025.

*[signature]*

THERESA L. FRICKE
Chief United States Magistrate Judge

Complaint - 7
*United States v. Raghavendran Shankar*
USAO No. 2025R01170

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970