UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>RAGHAVENDRAN SHANKAR,<br><br>                Defendant. | No. 2:25-CR-00225-SAB-1<br><br>**ORDER GRANTING MOTION TO CONTINUE** |

      Before the Court is Defendant's Unopposed Motion to Continue Trial and Extend Pretrial Motions Deadline, ECF No. 27. The motion was heard without oral argument. Defendant is represented by Corey Endo. The United States is represented by Victoria Cantore.

      Counsel asks the Court to continue the pretrial conference and jury trial and set new deadlines to allow additional time to review the discovery, investigate the allegations, address legal issues, research pretrial motions, obtain records, continue plea negotiations with the government, and explain potential plea, trial, or sentencing consequences with Defendant. Defendant filed a waiver of his Speedy Trial rights. ECF No. 28. He indicates the United States does not object to the requested continuance. Good cause exists to grant the motion.

      Accordingly, **IT IS HEREBY ORDERED:**

      1.   Defendant's Unopposed Motion to Continue Trial and Extend Pretrial Motions Deadline, ECF No. 27, is **GRANTED**.

**ORDER GRANTING MOTION TO CONTINUE ~ 1**

2. The jury trial set for January 12, 2026, is **RESET** to **June 29, 2026**, at **9:00 a.m.**, commencing with a **final** pretrial conference at **8:30 a.m.** The trial shall take place in **Seattle**, Washington.

3. A pretrial conference is set for **June 4, 2026**, at **9:00 a.m**., in **Seattle**, Washington. Counsel shall advise the Court regarding any dispositive change in the status of this case **at least 5 days prior to the pretrial conference.**

   a. Any motion to continue the pretrial conference shall be filed at the earliest practicable opportunity, but no later than seven (7) days prior to said proceeding. Movant shall provide (1) specific and detailed reasons for the continuance to permit the Court to make the necessary findings; (2) if applicable, Defendant's signed Speedy Trial waiver; (3) the position of all co-Defendants and opposing counsel; and (4) the proposed new date. Additionally, any motions filed after the pretrial motion deadline will be considered at the pretrial conference.

   b. Continuances are not granted absent good cause.

   c. All motions to continue shall be in writing. The first motion to continue will be considered by the Court and granted without a hearing if the other side does not oppose the request. A waiver of the defendant's Speedy Trial rights shall accompany the motion. Subsequent motions to continue will require a hearing. It is unlikely the Court will grant more than two motions to continue.

   d. It is unlikely the Court will grant any motions to continue that are not in writing or that are filed less than 7 days before the next hearing. In that case, counsel should be prepared to proceed with the scheduled trial date.

4. All pretrial motions, including motions in limine and *Daubert* motions, shall be filed and served on or before **May 4, 2025**, and noted for hearing at the pretrial conference.

**ORDER GRANTING MOTION TO CONTINUE ~ 2**

5.  Trial briefs, proposed voir dire, jury instructions, verdict forms, exhibit lists, witness lists, and summaries of expert testimony shall be filed and served by all parties on or before **seven (7) calendar days prior to trial**. This does not modify the parties' discovery obligations under Fed. R. Crim. P. 16. Absent an agreement between the parties or an Order from the Court, the parties' Fed. R. Crim. P. 16 discovery deadlines shall be governed by Local Criminal Rule 16.

6.  Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time between January 12, 2026, the current trial date, until June 29, 2026, the date of the new trial, is **DECLARED EXCLUDABLE** for purposes of computing time under the Speedy Trial Act. The Court finds that the ends of justice served by such a continuance outweigh the public's and Defendant's interest in a speedy trial.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 25th day of November 2025.

*/s/ Stanly Bastian*
_____
Stanly A. Bastian
U.S. District Judge

**ORDER GRANTING MOTION TO CONTINUE ~ 3**