UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-CR-00225-SAB-1 |
| Plaintiff, | |
| v. | |
| RAGHAVENDRAN SHANKAR, | **ORDER GRANTING MOTION** |
| Defendant. | **TO EXTEND** |

Before the Court is Defendant's Unopposed Motion to Extend Pretrial Motions Deadline, ECF No. 30. The motion was heard without oral argument. Defendant is represented by Corey Endo and Sara Brin. The United States is represented by Victoria Cantore.

Defendant asks for additional time to file pretrial motions. He also indicates the parties are negotiating a resolution to this case short of a jury trial. Good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Unopposed Motion to Extend Pretrial Motions Deadline, ECF No. 30, is **GRANTED**.

//

//

//

//

**ORDER GRANTING MOTION TO EXTEND ~ 1**

2.      The deadline to file pretrial motions is **extended** to **May 14, 2026**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 5th day of May 2026.

Stanly A. Bastian
U.S. District Judge

**ORDER GRANTING MOTION TO EXTEND** ~ 2