UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>RAGHAVENDRAN SHANKAR,<br><br>                    Defendant. | No. 2:25-CR-00225-SAB-1<br><br>**ORDER GRANTING MOTION TO CONTINUE** |

Before the Court is Defendant's Second Unopposed Motion to Continue Trial and Extend Pretrial Motions Deadline, ECF No. 33. The motion was heard without oral argument. Defendant is represented by Corey Endo and Sara Brin. The United States is represented by Victoria Cantore.

Counsel asks the Court to continue the pretrial conference and jury trial and set new deadlines to allow additional time to consult with an expert, deal with Defendant's mental health challenges, and continue plea negotiations with the government.. The motion is unopposed. Good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1.     Defendant's Second Unopposed Motion to Continue Trial and Extend Pretrial Motions Deadline, ECF No. 33, is **GRANTED**.

2.     The jury trial set for June 29, 2026, is **RESET** to **December 7, 2026**, at **9:00 a.m.**, commencing with a **final** pretrial conference at **8:30 a.m.** The trial shall take place in **Seattle**, Washington.

**ORDER GRANTING MOTION TO CONTINUE ~ 1**

3.      A pretrial conference set for June 4, 2026, is continued to **November 23, 2026**, at **9:00 a.m**., in **Seattle**, Washington.  Counsel shall advise the Court regarding any dispositive change in the status of this case **at least 5 days prior to the pretrial conference.**

a.      Any motion to continue the pretrial conference shall be filed at the earliest practicable opportunity, but no later than seven (7) days prior to said proceeding.  Movant shall provide (1) specific and detailed reasons for the continuance to permit the Court to make the necessary findings; (2) if applicable, Defendant's signed Speedy Trial waiver; (3) the position of all co-Defendants and opposing counsel; and (4) the proposed new date. Additionally, any motions filed after the pretrial motion deadline will be considered at the pretrial conference.

b.      Continuances are not granted absent good cause.

c.      All motions to continue shall be in writing. The first motion to continue will be considered by the Court and granted without a hearing if the other side does not oppose the request. A waiver of the defendant's Speedy Trial rights shall accompany the motion. Subsequent motions to continue will require a hearing. It is unlikely the Court will grant more than two motions to continue.

d.      It is unlikely the Court will grant any motions to continue that are not in writing or that are filed less than 7 days before the next hearing. In that case, counsel should be prepared to proceed with the scheduled trial date.

4.      All pretrial motions, including motions in limine and *Daubert* motions, shall be filed and served on or before **October 23, 2026**, and noted for hearing at the pretrial conference.

5.      Trial briefs, proposed voir dire, jury instructions, verdict forms, exhibit lists, witness lists, and summaries of expert testimony shall be filed and

**ORDER GRANTING MOTION TO CONTINUE ~ 2**

served by all parties on or before **seven (7) calendar days prior to trial**. This does not modify the parties' discovery obligations under Fed. R. Crim. P. 16. Absent an agreement between the parties or an Order from the Court, the parties' Fed. R. Crim. P. 16 discovery deadlines shall be governed by Local Criminal Rule 16.

6.      Within ten (10) days from the date of the Order, Defendant shall filed a waiver of his Speedy Trial rights.

7.      Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time between June 29, 2026, the current trial date, until December 7, 2026, the date of the new trial, is **DECLARED EXCLUDABLE** for purposes of computing time under the Speedy Trial Act. The Court finds that the ends of justice served by such a continuance outweigh the public's and Defendant's interest in a speedy trial.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 22nd day of May 2026.


_____

Stanly A. Bastian

U.S. District Judge

**ORDER GRANTING MOTION TO CONTINUE ~ 3**