UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,
Plaintiff,
v.
RAGHAVENDRAN SHANKAR,
Defendant.

No. 2:25-CR-00225-SAB-1

**ORDER GRANTING MOTION TO WITHDRAW**

Before the Court is Defendant's Motion for Withdrawal of Counsel, ECF No. 40. The motion was heard without oral argument.

Defendant asks the Court to allow his court-appointed attorneys, Corey Endo and Sara Brin to withdraw as counsel of record because he has retained counsel.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion for Withdrawal of Counsel, ECF No. 40, is **GRANTED**.

//
//
//
//
//
//

2. Corey Endo and Sara Brin are granted leave to withdraw as appointed attorneys. Taylor Washburn is now counsel of record.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 31st day of August 2026.



Stanley A. Bastian
U.S. District Judge