UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RAGHAVENDRAN SHANKAR,<br>Defendant. | No. 2:25-CR-00225-SAB<br><br>**ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL** |

Before the Court is Defendant's Unopposed Motion to Continue Trial and Extend Pretrial Motions Deadline, ECF No. 43. The motion was heard without oral argument. Defendant is represented by Mark Kokanovich, Elizabeth Kelley, and Taylor Washburn. The United States is represented by Victoria Cantore.

Defendant asks to continue the trial currently set for December 7, 2026 to allow his newly retained counsel to obtain and review the discovery and prepare for trial. He filed a waiver of his Speedy Trial rights. ECF No. 43-1.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Unopposed Motion to Continue Trial and Extend Pretrial Motions Deadline, ECF No. 43, is **GRANTED**.

2. The jury trial set for December 7, 2026 is **continued** to **March 29, 2027**,

in **Seattle**, Washington. Counsel shall appear in court for a Final Pretrial Conference at 8:30 a.m. on the first day of trial to address any pending pretrial matters. Jury selection shall begin at 9:00 a.m.

3. A pretrial conference is set for **March 15, 2027**, at **9:00 a.m.**, in **Seattle**, Washington. Counsel shall advise the Court regarding any dispositive change in the status of this case at least 5 days prior to the pretrial conference.

a. Any motion to continue the pre-trial conference or trial shall be filed at the earliest practicable opportunity, but no later than seven (7) days prior to said proceeding. Movant shall provide (1) specific and detailed reasons for the continuance to permit the Court to make the necessary findings; (2) if applicable, Defendant's signed Speedy Trial waiver; (3) the position of all co-Defendants and opposing counsel; and (4) the proposed new date. Additionally, any motions filed after the pretrial motion deadline will be considered at the pretrial conference.

b. Continuances are not granted absent good cause.

c. All motions to continue shall be in writing. The first motion to continue will be considered by the Court and granted without a hearing if the other side does not oppose the request. A waiver of the defendant's Speedy Trial rights shall accompany the motion. Subsequent motions to continue will require a hearing. It is unlikely the Court will grant more than two motions to continue.

d. It is unlikely the Court will grant any motions to continue that are not in writing or that are filed less than 7 days before the next hearing. In that case, counsel should be prepared to proceed with the scheduled trial date.

4. All pretrial motions, including motions in limine and *Daubert* motions, shall be filed and served on or before **February 16, 2027**, and noted for hearing at the pretrial conference.

5. Trial briefs, proposed voir dire, jury instructions, verdict forms, exhibit lists, expert witness lists, and summaries of expert testimony shall be filed and served by all parties on or before seven (7) calendar days prior to trial. This does not modify the parties' discovery obligations under Fed. R. Crim. P. 16. Absent an agreement between the parties or an Order from the Court, the parties' Fed. R. Crim. P. 16 discovery deadlines shall be governed by Local Criminal Rule 16.

6. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time between December 7, 2026, the current trial date, until March 29, 2027, the new trial date, is DECLARED EXCLUDABLE for purposes of computing time under the Speedy Trial Act. The Court finds that the ends of justice served by such a continuance outweigh the public's and Defendant's interest in a speedy trial.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 20th day of November 2026.

Stanley A. Bastian
U.S. District Judge